CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13

Date:  September 23, 2016

Check No. 2148619

Check Amount:  $316.07

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 12-42749-R | 00012 | STEPHEN R. & PAMELA D. MILAM | 5 | 6397 | 316.07 | 0.00 | 316.07 |
| | | Original check written to:<br>LHR INC<br>56 MAIN STREET<br>HAMBURG, NY 14075 | | | | | |
| | | | **TOTALS** | | **$316.07** | **$0.00** | **$316.07** |